11810445 Acch~

IN THE COUNTY COURT IN AND FOR PALM BEACH COUNTY, FLORIDA

UNIFORM CASE NO: 502012SC010020XXXXMB
DIVISION: RB
DOCUMENT TRACKING NO: SM-12-068687

C†.. 542418019854932&
Constable Phil Camus, Precinct 5
Harris County, Texas
Delivered this ⸺ day of
⸺ JULY ⸺, 2012
as per order of the court.

JOHN PINSON

PLAINTIFF(S)
-VS-
UNITED RECOVERY SYSTEMS LP

DEFENDANT(S)

## NOTICE TO APPEAR
## FOR PRE-TRIAL CONFERENCE/MEDIATION

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

**UNITED RECOVERY SYSTEMS LP**

5800 N COURSE DRIVE
HOUSTON, TX 77072

**ALTERNATE ADDRESS:**

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the Palm Beach County Courthouse in Courtroom #6M, located at 205 N DIXIE HWY  WEST PALM BEACH, FL 33401, on 18-SEP-2012, at 10:00 AM, for a PRETRIAL CONFERENCE before a Judge of this court.

### IMPORTANT - READ CAREFULLY
### THE CASE WILL NOT BE TRIED AT THAT TIME
### DO NOT BRING WITNESSES - APPEAR IN PERSON OR BY ATTORNEY

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution or levy.

**RIGHT TO VENUE.** The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

JOHN PINSON

    Plaintiff,

v.

UNITED RECOVERY SYSTEMS LP

    Defendant

CASE NO: 2012SC004002

Judge

# COMPLAINT

## PRELIMINARY STATEMENT

1. This is an action for damages brought from violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq*.

## JURISDICTION

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

## FACTUAL ALLEGATIONS

3. On April 27, 2009, Defendant UNITED RECOVERY SYSTEMS LP initiated a pull of Plaintiff's credit report from Experian without permissible purpose.

## COUNT I

### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

### WILLFUL NON-COMPLIANCE
### BY DEFENDANT UNITED RECOVERY SYSTEMS LP

4. Plaintiff JOHN PINSON is a "consumer" within the meaning of the FCRA, 15 U.S.C. §1681a(c).

5. Defendant UNITED RECOVERY SYSTEMS LP is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

6. Defendant UNITED RECOVERY SYSTEMS LP willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) Defendant UNITED RECOVERY SYSTEMS LP willfully violated 15 U.S.C. §1681b (f) by obtaining Plaintiff's consumer report April 27, 2009 without permissible purpose as defined by15 U.S.C. §1681b.

**WHEREFORE**, Plaintiff JOHN PINSON demands judgment for damages in the amount of $1,000 against Defendant UNITED RECOVERY SYSTEMS LP for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## DEMAND FOR JURY TRIAL

Plaintiff JOHN PINSON hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 8th day of June, 2012

By: _____

John Pinson, pro se
526 Westwood Road
West Palm Beach, Florida
33401
Tel. 561-329-2524
john@pinson.com

**Defendant:**
UNITED RECOVERY SYSTEMS LP
5800 N Course Drive
Houston, TX 77072
**Registered Agent for Service of Process:**
n/a, Service made by US Mail

IN THE ☐COUNTY/☐CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

IN RE: THE MATTER OF:

JOHN PINSON
_____
PLAINTIFF

-vs-

UNITED RECOVERY SYSTEMS LP
_____
DEFENDANT

CASE NO: _____
DIVISION: _____
2012SC010020 XXXX MB

FILED FOR RECORD
WEST PALM BEACH
2012 JUN -8 PM 2:54
SHARON R. BOCK, CLERK
PALM BEACH COUNTY, FL
COUNTY CIVIL 1

## CIVIL COVER SHEET

**I. TYPE OF CASE** (Place an X in one box only. If the case fits more than one type of case, select the most definitive.)

**DOMESTIC RELATIONS**

☐ *Simplified dissolution*
☐ *Dissolution*
☐ *Support IV-D*
☐ *Support Non IV-D*
☐ *UIFSA IV-D*
☐ *UIFSA Non IV-D*
☐ *Domestic violence*
☐ *Other domestic relations*

**TORTS**

☐ *Professional malpractice*
☐ *Products liability*
☐ *Auto negligence*
☐ *Other negligence*

**OTHER CIVIL**

☐ *Contracts*
☐ *Condominium*
☐ *Real property/ Mortgage foreclosure*
☐ *Eminent domain*
☐ *Challenge to proposed constitutional amendment*
☐ *Other*
☐ *Eviction*
☒ *Small Claims*

**II. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ Yes
☐ No

**III. **FOR COUNTY COURT CASES ONLY:**
Has there been a previous case filed in Palm Beach County/15th Judicial Circuit which involved the same claim against the same adverse party and which was voluntarily or involuntarily dismissed?
☐ Yes. Please provide the appropriate case number(s) _____.
☒ No

DATE: JUNE   8  , 2012

Signature of Attorney or Party initiating action: _____

proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above named person.

"IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT DOMINIQUE MARCH, ADA COORDINATOR IN THE ADMINISTRATIVE OFFICE OF THE COURT, PALM BEACH COUNTY COURTHOUSE, 205 NORTH DIXIE HIGHWAY, ROOM 5.2500, WEST PALM BEACH, FLORIDA 33401; TELEPHONE NUMBER (561) 355-4380 WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS SUMMONS; IF YOU ARE HEARING OR VOICE IMPAIRED, CALL 1-800-955-8771".

DATED: 08-JUN-2012

Sharon R. Bock,
Clerk & Comptroller

BY: _Camille Doran_
DEPUTY CLERK

CC:
JOHN PINSON, 526 WESTWOOD ROAD, WEST PALM BEACH, FL 33401