IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 9:12-cv-80792

JOHN PINSON,

    Plaintiff,

vs.

UNITED RECEOVERY SYSTEMS, LP

    Defendant.
_____/

## MOTION IN LIMINE

COMES NOW, Defendant, UNITED RECEOVERY SYSTEMS, LP, by and through its undersigned counsel, and hereby moves this Honorable Court enter an Order in Limine to exclude all arguments and evidence regarding the following items, on the grounds that they are inadmissible, irrelevant, immaterial, and any probative value of the evidence is substantially outweighed by the danger of unfair prejudice:

    1. **Evidence or Testimony of any Prior Claims or Lawsuits**

Pursuant to Florida Evidence Code §90.404, Defendant moves to limit the use of any evidence or testimony of Plaintiff and any other witness(es) regarding the use of any prior Fair Debt Collection Practices Act ("FDCPA"), Florida Consumer Collection Practices Act ("FCCPA") and Fair Credit Reporting Act ("FCRA") lawsuits or claims against Defendant to show propensity of the Defendant to violate or allegedly violate the FDCPA, FCCPA, and/or FCRA. The introduction of any evidence or testimony regarding prior lawsuits or claims is irrelevant and highly prejudicial. Further, the use of any evidence or testimony regarding said claims or lawsuit would only tend to show Defendant's propensity to allegedly violate the

FDCPA, FCCPA, and/or FCRA.and would not be relevant to Plaintiff proving his alleged violations of the FDCPA, FCCPA, and/or FCRA.against the Defendant. *See, Cusmano, v. NRB, Inc.,* 1998 U.S. Dist. LEXIS 15418 (N.D. Ill. 1998).

### 2. Evidence or Testimony regarding Plaintiff's credit report

Pursuant to Florida Evidence Code §90.404, Defendant moves to limit the use of any evidence or testimony of Plaintiff and any other witness(es) regarding any mention, suggestion, reference or testimony regarding the Plaintiff's credit report or the credit report of any other witness as the credit report is hearsay and is inadmissible. *See, Gannon vs. IC System, Inc.*, 2009 WL 3199190 (S.D. Fla. 2009).

### 3. Evidence or Testimony or Argument intended to elicit prejudice, sympathy or excessive motion

Counsel shall avoid making arguments indented to improperly elicit prejudice, sympathy or excessive emotion from the jury (*Walt Disney v. Blallock* 640 So. 2d 1156 (Fla. 5th DCA 1994); *Fowler v. North Goldring Corp.* 582 So. 2d 802 (Fla. 1st DCA 1981). The probative value of the introduction of such evidence is outweighed by its intentional prejudice and it is irrelevant to the factual issues to be determined in this matter. Section 90.402, 90.403, Florida Evidence Code.

### 4. Evidence or Testimony or Argument regarding "Sending a Message"

Counsel shall not make any argument that urges the jury to "send a message" to anyone with its verdict or that refers to the jury as being the "conscience of the community". *Maercks v. Birchansky* 549 So. 2d 199 (Fla. 3rd DCA 1989).

**5. Evidence or Testimony or Argument relative to asking the jury to place itself in the place of the Plaintiff.**

Counsel shall avoid making arguments that place the jury, or ask the jury to place itself, in the place of the Plaintiff for the purpose of determining what award they would want in a similar situation. *Goutis v. Express Transport, Inc.*, 699 So. 2d 757 (Fla. 4th DCA 1996), *disapproved only as to standard for review*, *Murphy v. International Robotics Systems*, 766 So. 2d 1010 (Fla. 2000); *Metropolitan Dade County v. Zapata*, 601 So. 2d 239 (3rd DCA 1992).

By: /s/ Dale T. Golden
Dale T. Golden, Esquire
Florida Bar No.: 094080
Charles J. McHale, Esquire
Florida Bar No.: 0026555
GOLDEN SCAZ GAGAIN, PLLC
201 North Armenia Avenue
Tampa, Florida 33609
Telephone: (813) 251-5500
Facsimile: (813) 251-3675
E-mail: dgolden@gsgfirm.com
E-mail: cmchale@gsgfirm.com
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Dale T. Golden
Dale T. Golden, Esquire
Florida Bar No.: 094080
Charles J. McHale, Esquire
Florida Bar No.: 0026555