IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  9:12-cv-80792

JOHN PINSON,

    Plaintiff,

vs.

UNITED RECEOVERY SYSTEMS, LP

    Defendant.
_____/

### NOTICE OF NINETY DAYS EXPIRING REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DE 18)

COMES NOW, Defendant, United Recovery Systems, LP., by and through the undersigned counsel and files this Notice of Ninety (90) days expiring regarding Defendant's Motion for Summary Judgment (DE 18), and states:

1. This matter arises out of allegations that Defendant violated the Fair Credit Reporting Act by impermissibly pulling Plaintiff's credit report.

2. On February 13, 2013, Defendant filed its Motion for Summary Judgment.  DE 18.

3. On March 4, 2013, Plaintiff filed his Response to Defendant's Motion for Summary Judgment.  DE 21.

4. On March 15, 2013, Defendant filed its Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment.  DE 23.

5. Thereafter, Plaintiff filed his Amended Motion of Time to Complete Discovery and Dispositive Motions.  DE 26.

6. This Court granted in part, denied in part, Plaintiff's Motion (DE 26), denying Plaintiff's request to extend the discovery, but granted Plaintiff until May 2, 2013 to file any of his own Dispositive Motions.  DE 27.

7. Plaintiff did not file any Dispositive Motion(s) of his own.

8. Local Rule 7.1(b)(4)(A) requires the movant to notify the Court when a motion has been pending and fully briefed with no hearing set thereon for a period of ninety days.

Respectfully submitted by:

/s/ Dale T. Golden
Dale T. Golden, Esquire
FBN:  0094080

 /s/ Charles J. McHale
Charles J. McHale, Esquire
Florida Bar No. 0026555
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, FL 33609
Phone:  813-251-5500
Fax:  813-251-3675
Email: dgolden@gsgfirm.com
Email:  cmchale@gsgfirm.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system on July 11, 2013, which will send notice of electronic filing to all counsel of record, and furnished via U.S. Mail to John Pinson, Pro Se, 526 Westwood Road, West Palm Beach, FL 33401.

/s/ Dale T. Golden
Dale T. Golden, Esquire
FBN: 0094080

/s/ Charles J. McHale
Charles J. McHale, Esquire
Florida Bar No. 0026555