UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-80792-Civ-MARRA/MATTHEWMAN

JOHN PINSON,

    Plaintiff,

vs.

UNITED RECOVERY SYSTEMS, LP,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon the separately entered Opinion and Order granting the Defendant's Motion for Summary Judgment. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Judgment is hereby entered on behalf of Defendant United Recovery Systems, LP and against Plaintiff, John Pinson. Plaintiff shall take nothing from Defendant in this action.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 15th day of July, 2013.

_____
KENNETH A. MARRA
United States District Judge