IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 9:12-cv-80792

JOHN PINSON,

    Plaintiff,

vs.

UNITED RECEOVERY SYSTEMS, LP

    Defendant.
_____/

## AFFIDAVIT OF DALE T. GOLDEN IN SUPPORT OF BILL OF COSTS

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

BEFORE ME, the undersigned authority, personally appeared DALE T. GOLDEN ESQUIRE, who is personally known to me, and who after being first being duly sworn, deposes and states the following:

1. I am over the age of 18 and have personal knowledge of the matters contained herein. I am an attorney duly licensed to practice law in the State of Florida.

2.. I served as counsel for the Defendant during this litigation and at all times relevant herein.

3. An itemized list of the costs expended in defense of this case as the prevailing party, and which are taxable under Federal Rules of Civil Procedure, is as follows:

- Clerk, United States District Court - $350 filing fee (removal);

4. The costs listed herein above are correct to the best of my knowledge, and have been necessarily incurred in this case.

5. The services for which fees have been charged were actually and necessarily performed.

6. Accordingly, the total costs expended on behalf of the Defendant for the defense of this action which may be recovered are **$350.00**. The costs incurred herein are reasonable and were necessary for the defense of this matter.

**FURTHER AFFIANT SAYETH NOT.**

_____
DALE T. GOLDEN

SWORN TO AND SUBSCRIBED this 22nd day of July, 2013.

_____
NOTARY PUBLIC

LIANE BROOKS
MY COMMISSION # DD 927211
EXPIRES: January 23, 2014
Bonded Thru Notary Public Underwriters

_____
Printed Name of Notary Public