UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-80792-CIV-MARRA/MATTHEWMAN

JOHN PINSON,

    Plaintiff,

vs.

UNITED RECOVERY SYSTEMS, LP,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon Defendant's Motion for Bill of Costs [DE 33]. Plaintiff has not responded to the request and the time for doing so has expired. The Court has carefully considered the motion and is otherwise fully advised in the premises.

Plaintiff seeks costs pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1920. Plaintiff seeks $350.00 for fees of the Clerk. This category of fee is specifically provided as taxable costs under 28 U.S.C. §1920 and the Court finds the requested costs to be reasonable. Accordingly, it is hereby

ORDERED AND ADJUDGED that Defendant's Motion for Bill of Costs [DE 33] is GRANTED. Costs shall be taxed in the amount of $350.00. The Court will separately enter judgment.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this 27th day of August, 2013.

_____
KENNETH A. MARRA
United States District Judge