UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-80792-CIV-MARRA/MATTHEWMAN

JOHN PINSON,

    Plaintiff,

vs.

UNITED RECOVERY SYSTEMS, LP,

    Defendant.
_____/

## JUDGMENT

Judgment is hereby entered on behalf of Defendant United Recovery Systems, LP and against Plaintiff John Pinson in the amount of $350.00. Judgment shall bear interest at the rate of 0.14% per annum from the date of this Judgment, for which let execution issue.[1]

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this 27th day of August, 2013.

_____
KENNETH A. MARRA
United States District Judge

---

[1] The federal interest statute, 28 U.S.C.A. § 1961, governs the award of post-judgment interest in this case. 28 U.S.C.A. § 1961(a) provides that "[i]nterest shall be allowed on any money judgment in a civil case recovered in a district court . . . . Such interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment." That rate is 0.14 %.