IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:12-cv-80792-KAM

FILED by _____ D.C.

SEP 12 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

JOHN PINSON,

    Plaintiff,

vs.

UNITED RECOVERY SYSTEMS, LP

    Defendant.
_____/

## MOTION FOR RELIEF FROM JUDGMENT

Comes now the plaintiff pro se, John Pinson, who files this Motion for Relief from Judgment under F.R.C.P. Rule 60(b), and as grounds therefor would state as follows:

1. On July 15, 2013, the court entered an Opinion and Order Granting Motion for Summary Judgment [DE 30] and Final Judgment [DE 31].

2. On August 14, 2013, Defendant filed its Motion for Bill of Costs [DE 33] wherein the Certificate of Service states: "A copy of this bill has been served by electronic service by e-mail to all parties."

3. Pro se plaintiff does not participate in CM/ECF and does not receive electronic service.

4. At no time has pro se Plaintiff waved service by Mail as provided by FRCP Rule 5.

5. Plaintiff did not receive Defendant's Motion and was denied the opportunity to object.

6. If Plaintiff was served with the Motion, Plaintiff would have filed his objection.

**Wherefore,** Plaintiff for these reasons, and in the interest of justice and fairness, respectfully Moves this Honorable Court to enter an order Granting Plaintiff Relief from Judgment under F.R.C.P. Rule 60(b) and to Vacate the Judgment.

Respectfully Submitted,

_____
John Pinson
526 Westwood Road
West Palm Beach, FL 33401
Tel.: 561-329-2524
Email: john@pinson.com

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document is being served upon the below named parties via first class U.S. mail.

Signed September 12, 2013

_____
John Pinson

Dale T. Golden
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609

Counsel of Record for the Defendant
United Recovery Systems, LP