UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-80792-CIV-MARRA/MATTHEWMAN

JOHN PINSON,

    Plaintiff,
vs.

UNITED RECOVERY SYSTEMS, LP,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon Plaintiff's Motion for Relief From Judgment [DE 37] and Plaintiff's Corrected Motion for Relief From Judgment [DE 38]. Plaintiff states that he did not receive, and therefore did not have a chance to object to, Defendant's Motion for Bill of Costs. In the interest of justice and fairness, Plaintiff seeks relief from judgment in the amount of $350.

As the prevailing party, Defendant sought the minimum of permissible costs pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1920: $350.00 for fees of the Clerk. This category of fee is specifically provided as taxable costs under 28 U.S.C. §1920 and the Court found the requested costs to be reasonable in this case. The Court would have granted this relief whether Plaintiff had objected or not. Moreover, as it should be clear to Plaintiff in light of this Court's Order and Opinion denying Defendant's Motion for Sanctions, the Court considers Plaintiff's position whether he has filed a response or not. The Court considered the motion for

sanctions very carefully yet denied the motion even though Plaintiff had not responded.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Relief From Judgment [DE 37] is denied as moot, and Plaintiff's Corrected Motion for Relief From Judgment [DE 38] is denied.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 17th day of September, 2013.

                                                KENNETH A. MARRA
                                                United States District Judge